**Juana DAVIS, Plaintiff–Appellant,**

v.

**PEE DEE COALITION AGAINST DO-MESTIC AND SEXUAL ASSAULT; Ellen Hamilton, Executive Director; Debbie Barrett, Manager, Defendants–Appellees.**

No. 00–1222.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 13, 2001.

John A. Gaines, Florence, SC, for appellant. Arthur E. Justice, Jr., Turner, Padgett, Graham & Laney, P.A., Florence, SC, for appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Juana Davis appeals the district court's order and judgment granting summary judgment to the Pee Dee Coalition Against Domestic And Sexual Assault and two of its employees. On appeal, Davis contends that the district court erred by finding that she failed to establish a prima facie case of retaliation for having engaged in protected contact. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Davis v. Pee Dee Coalition*, No. CA–98–3851–4–22 (D.S.C. Jan. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*